IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JERMEL R. CLARK                                                                           PLAINTIFF

vs.                                              No. 3:14cv33 JM

TA OPERATING, LLC
D/B/A PETRO STOPPING CENTERS                                              DEFENDANT

## JUDGMENT

For the reasons stated in the order entered on this date, Plaintiff's complaint is dismissed with prejudice as to the federal discrimination claims and without prejudice as to the state law claims.

IT IS SO ORDERED this 3rd day of February, 2016.

_____
James M. Moody Jr.
United States District Judge