IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JERMEL R. CLARK                                                                            PLAINTIFF

vs.                                            No. 3:14cv33 JM

TA OPERATING, LLC
D/B/A PETRO STOPPING CENTERS                                              DEFENDANT

## ORDER

Following the entry of summary judgment in favor of Defendant and dismissal of Plaintiff's compliant, Defendant has filed a motion for costs pursuant to Rule 54(d)(1) of the Federal Rules of Civil Procedure.  (Docket No. 44)  The time for response has passed, and no response was filed.  Based on the supporting affidavit and the applicable law, including Local Rule 7.2(f), Defendant's motion for costs is GRANTED, and Defendant is awarded costs in the amount of $3,817.55.

IT IS SO ORDERED this 7th day of March, 2016.

_____
James M. Moody Jr.
United States District Judge